IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3042 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE GUADALUPE MARTINEZ-TERRONES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1.  Defendant's Motion for Appointment of Counsel under the Criminal Justice Act, filing 29, is granted.

2.  The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for the appointment of Michael D. Nelson in accordance with the Criminal Justice Act Plan for this district.

DATED this 8th day of August, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge